1846-01

Friday, October 2, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Tx 78711

RE: "PDR" Info — Case Number: 11-00310-CR
Trial Court Case Number: 241-0851-00
LaQuita Davis
Style: The State of Texas

   I am writing to request all information/decisions/opinions/mandates concerning my petition for Discretionary Review.

   I was convicted on 9-14-00 in the 241st District Court in Smith County (Tyler) Texas at the age of 16 for Conspiracy to Commit Capital Murder against my parents. No one ever or was even remotely harmed and I was still given a 40 year (aggravated) sentence! I am 32 now and my parents and I are still fighting my case. Please also include how many "PDR's" were filed and by who.

   I need the procedure for obtaining these copies and to know the fee. Any time given to this matter is greatly appreciated.

Sincerely,
LaQuita Davis